**Electronically Filed
Supreme Court
SCPW-17-0000591
14-AUG-2017
08:15 AM**

SCPW-17-0000591

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————

ERIC RICHARD ELESON, Petitioner,

vs.

STATE OF HAWAIʻI, Respondent.

———————————————————

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Eric Richard Eleson's petition for writ of habeas corpus, filed on August 7, 2017, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner has alternative means to seek relief and presents no special reason for this court to invoke its jurisdiction at this time. See Oili v. Chang, 57 Haw. 411, 412, 557 P.2d 787, 788 (1976) (the supreme court "will not exercise its original jurisdiction in habeas corpus proceedings when relief is available in a lower court and no special reason exists for invoking its jurisdiction"). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of habeas corpus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, August 14, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

